**Fill in this information to identify the case:**

Debtor 1: Harvie Leo Belew

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Middle District of TN

Case number: 20-05437

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank National Association, as Trustee of the as Trustee of the Tiki Series III Trust

Court claim no. (if known): 8-1

Last 4 digits of any number you use to identify the debtor's account: 1 6 6 9

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☐ No
☒ Yes. Date of the last notice: 04/13/2021

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney fees | 2/9/21 - Plan Objection | (3) $ 350.00 |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | 2/19/21 - POC prep. and filing | (5) $ 350.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify: | | (10) $ |
| 11. Other. Specify: | | (11) $ |
| 12. Other. Specify: | | (12) $ |
| 13. Other. Specify: | | (13) $ |
| 14. Other. Specify: | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Harvie Leo Belew | Case number (if known) 20-05437 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Edward D. Russell
Signature

Date 05/20/2021

Print: Edward D. Russell
First Name   Middle Name   Last Name

Title: authorized agent

Company: The SR Law Group

Address: PO Box 128
Number   Street
Mt Juliet   TN   37121
City   State   ZIP Code

Contact phone (615) 559-3190

Email: erussell@thesrlawgroup.com

# SR Law Group

erussell@thesrlawgroup.com

# Invoice

**BILL TO**
SN Servicing Corporation
323 5th Street
Eureka, CA 95501

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 2801 | 02/09/2021 | $0.00 | 03/11/2021 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Legal Fee** <br> 1669/Belew/Tiki Series III Trust - prepared and filed Objection to Plan | 1 | 500.00 | 500.00 |

The SR Law Group
PO Box 128
Mt Juliet, TN 37121
(615) 559-3190
erussell@thesrlawgroup.com

PAYMENT 500.00
BALANCE DUE **$0.00**

PAID

**SR Law Group**

erussell@thesrlawgroup.com

**BILL TO**
SN Servicing Corporation
323 5th Street
Eureka, CA 95501

**Invoice**

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 2819 | 02/19/2021 | $500.00 | 03/21/2021 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Legal Fee ▇669/ Balew (Tiki Series III Trust) - reviewed prior and current bankruptcy dockets, loan payment history and loan documents, prepared and filed POC and 410A mortgage attachment | 1 | 500.00 | 500.00 |

The SR Law Group
PO Box 128
Mt Juliet, TN 3712
1(615) 659-3180
erussell@thesrlawgroup.com

**BALANCE DUE** $500.00

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May 2021, a true and correct copy of the Notice of Amended Postpetition Mortgage Fees, Expenses, and Charges was served by U.S. mail, postage pre-paid, to the Debtor, Harvie Leo Belew, 74 Denson Road, Lawrenceburg, TN 38464; counsel for the Debtor, Harlan, Slocum & Quillen, PO Box 949, Columbia, TN 38402-0949, by electronic notice; Henry Edward Hildebrand, III, Office of the Chapter 13 Trustee, PO Box 340019, Nashville, TN 37203-0019, by electronic notice; and electronically to those identified on the CM/ECF system for this case.

By: */s/Edward D. Russell*
Edward D. Russell